AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, et al. v. THE APACHE CORPORATION

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 4/8/2008 | Jeremy I. Huntone |
| Date | Signature |
| | Jeremy I. Huntone — JH8425 |
| | Print Name — Bar Number |
| | NYC Law Department, 100 Church Street, Rm 5-149 |
| | Address |
| | New York — NY — 10007 |
| | City — State — Zip Code |
| | (212) 788-0989 — (212) 788-8900 |
| | Phone Number — Fax Number |