AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF   NEW YORK

## APPEARANCE

Case Number: 1:08-cv-03458-CM

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Apache Corporation

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 4/14/2008 | _(signature)_ |
| Date | Signature |
| | William David Sarratt — WS-1439 |
| | Print Name — Bar Number |
| | 1615 M Street, N.W., Suite 400 |
| | Address |
| | Washington   DC   20036 |
| | City   State   Zip Code |
| | (202) 326-7900   (202) 326-7999 |
| | Phone Number   Fax Number |