UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

THE NEW YORK CITY EMPLOYEES' RETIREMENT
SYSTEM, THE TEACHERS' RETIREMENT SYSTEM
OF THE CITY OF NEW YORK, THE NEW YORK CITY      **NOTICE OF APPEARANCE**
POLICE PENSION FUND, THE NEW YORK CITY
FIRE DEPARTMENT PENSION FUND,                    CV-08-3458 (CM)
THE NEW YORK CITY BOARD OF EDUCATION
RETIREMENT SYSTEM,

                                                          Plaintiffs,

           -against-

THE APACHE CORPORATION,

                                                          Defendant.

------------------------------------------------------------------------- x

      I, KAREN J. SEEMEN, am an Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for the plaintiffs, the New York City Employees' Retirement System ("NYCERS"), the Teachers' Retirement System of the City of New York ("TRS"), the New York City Police Pension Fund ("PPF"), the New York City Fire Department Pension Fund ("FPF"), and the New York City Board of Education Pension Fund ("BERS"), collectively referred to as the New York City Pension Funds (the "Funds")in the above-captioned action.  Please take notice that I am one of the present Assistant Corporation Counsel assigned to this action, and all future filings, or other information, related to this action can be directed to me at the below address.

Dated:    New York, New York
          April 15, 2008

                                                    Respectfully Submitted,

**MICHAEL A. CARDOZO**
Corporation Counsel of the City of New York
Attorney for the Defendant
100 Church Street, Rm 5-143
New York, New York  10007
(212) 788-1197

By:      /s/Karen J. Seemen
    KAREN J. SEEMEN (KS6545)
    Assistant Corporation Counsel

Index No. CV 07 5534 (GEL)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. RICHARD G. GRANT,

                                                     Plaintiff,

-   against –

TEACHERS RETIREMENT SYSTEM OF THE CITY OF NEW YORK, NEW YORK CITY OFFICE OF THE ACTUARY,

                                                     Defendants.

**NOTICE OF APPEARANCE**

**MICHAEL A. CARDOZO**

*Corporation Counsel of the City of New York*
Attorney for Defendants City of New York and NYCERS
100 Church Street
New York, New York  10007-2601


Of Counsel:    Karen J. Seemen
Tel No.:        (212) 788-1197

*Service of which is hereby acknowledged*:

*New York, New York*    Dated:   ............................................

Signed: ................ .............. ............. ...........................................

Attorney for: ....... .............. ............. ...........................................