UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

THE NEW YORK CITY EMPLOYEES' RETIREMENT
SYSTEM, THE TEACHERS' RETIREMENT SYSTEM
OF THE CITY OF NEW YORK, THE NEW YORK CITY
POLICE PENSION FUND, THE NEW YORK CITY
FIRE DEPARTMENT PENSION FUND,
THE NEW YORK CITY BOARD OF EDUCATION
RETIREMENT SYSTEM,

**NOTICE OF APPEARANCE**

CV-08-3458 (CM)

                                      Plaintiffs,

          -against-

THE APACHE CORPORATION,

                                      Defendant.

------------------------------------------------------------------------ x

        I, INGA VAN EYSDEN, am an Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for the plaintiffs, the New York City Employees' Retirement System , the Teachers' Retirement System of the City of New York, the New York City Police Pension Fund, the New York City Fire Department Pension Fund, and the New York City Board of Education Pension Fund in the above-captioned action. Please take notice that I am one of the present Assistant Corporation Counsel assigned to this action, and all future filings, or other information, related to this action can be directed to me at the below address.

Dated:        New York, New York
              April 15, 2008

                                          Respectfully Submitted,

                                          **MICHAEL A. CARDOZO**
                                          Corporation Counsel of the City of New York
                                          Attorney for the Defendant
                                          100 Church Street, Rm 5-152
                                          New York, New York  10007
                                          (212) 788-0745

                                          By:_____/s/ Inga Van Eysden_____
                                              INGA VAN EYSDEN (IV3570)
                                              Assistant Corporation Counsel