# MEMO ENDORSED

KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3209

(202) 326-7900
FACSIMILE:
(202) 326-7999

April 14, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/08

Hon. Colleen McMahon
United States District Court
   for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 640
New York, NY 10007

I got + flem

Colleen McMahon
4/15/08

Re:   *New York City Employees' Retirement System et al. v. Apache Corporation*, Civil
      Action No. 08-3458 (CM)

Dear Judge McMahon,

We write on behalf of the Defendant Apache Corporation ("Apache") in the above-styled matter.

In accordance with the instructions provided on the Court's website, Apache respectfully submits this statement to inform the Court that Apache's filings made herewith were delayed, beyond the 5 p.m. deadline set by the Court, because of technical difficulties with the Court's Electronic Case Filing ("ECF") system. Before the 5 p.m. deadline, the undersigned confirmed with the Court's ECF helpdesk that the ECF system was down. Apache has made these filings as soon as practical once the ECF system was restored, and Plaintiffs have been provided with courtesy copies of Apache's filings by e-mail. Apache respectfully requests that the Court accept these filings as timely.

Sincerely,

W. David Sarratt