UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

THE NEW YORK CITY EMPLOYEES' RETIREMENT
SYSTEM, THE TEACHERS' RETIREMENT SYSTEM
OF NEW YORK, THE NEW YORK CITY POLICE
PENSION FUND, THE NEW YORK CITY FIRE
DEPARTMENT PENSION FUND, THE NEW YORK
CITY BOARD OF EDUCATION RETIREMENT
SYSTEM,

        Plaintiffs,

   -against-

THE APACHE CORPORATION,

        Defendant.

---------------------------------------------------------------x

08 Civ. 3458 (CM)

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 4/17/08

### ORDER STAYING PROCEEDINGS IN THIS COURT

McMahon, J.:

    On April 15, 2008, Judge Miller of the United States District Court for the Southern District of Texas issued an order denying Apache's application for a temporary restraining order and requiring the parties to appear before that court for a preliminary injunction hearing – consolidated with a trial on the merits – on April 21, 2008, at 2:00 P.M. (*See* 4:08 Civ. 1064 (S.D. Tex.), Dkt. #22.)

    In view of Judge Miller's Order, all proceedings in this Court are hereby stayed.

Dated: April 17, 2008

                                                                                          U.S.D.J.

BY ECF TO ALL COUNSEL