IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM; THE NEW YORK CITY TEACHERS' RETIREMENT SYSTEM; THE NEW YORK CITY POLICE PENSION FUND; THE NEW YORK CITY FIRE DEPARTMENT PENSION FUND; AND THE NEW YORK CITY BOARD OF EDUCATION RETIREMENT SYSTEM<br><br>Plaintiffs,<br><br>v.<br><br>APACHE CORPORATION,<br><br>Defendant. | Civil Action No. 08- 3458 (CM) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

In light of the judgment entered April 22, 2008 by the United States District Court for the Southern District of Texas in Civil Action No. 08-CV-1064, it is hereby stipulated and agreed, by the undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a), that the above-styled action is dismissed with prejudice, each party to bear its own costs.

Respectfully submitted this 4th day of June, 2008,

By: /s/ Karen J. Seemen
Karen J. Seemen (SE6545)
Assistant Corporation Counsel
MICHAEL A. CARDOZO,
 CORPORATION COUNSEL OF
 THE CITY OF NEW YORK
100 Church Street
New York, N.Y. 10007
(212) 788-1197

*Attorney for Plaintiffs*
*The New York City Employees'*
 *Retirement System,*
*The Teachers' Retirement System of the*
 *City of New York,*
*The New York City Police Pension*
 *Fund,*
*The New York City Fire Department*
 *Pension Fund,*
*The New York City Board of Education*
 *Retirement System, and*

By: /s/
Reid M. Figel (SDNY RF 8663)
Kevin B. Huff (SDNY KH 9284)
W. David Sarratt (SDNY WS 1439)
KELLOGG, HUBER, HANSEN, TODD,
 EVANS & FIGEL, PLLC
1615 M. Street, NW, Suite 400
Washington, DC 20036-3209
(202) 326-7900
(202) 326-7999 (facsimile)

*Attorneys for Defendant Apache*
*Corporation*

So ordered:

_____
Hon. Colleen McMahon, U.S.D.J.

Dated: June ___, 2008